## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

VICTOR LAMAR EDWARDS,                                                PLAINTIFF
ADC #500959

V.                          CASE NO. 3:18-CV-227-DPM-BD

TODD FRAZIER, et al.                                                DEFENDANTS

## ORDER

Victor Lamar Edwards, an Arkansas Department of Correction inmate previously detained at the Craighead County Detention Center ("Detention Center"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) He filed his complaint in the Western District of Arkansas, but the case has now been transferred to the Eastern District of Arkansas. (#3)

Based on the allegations in his complaint, Mr. Edwards has stated failure-to-protect claims against Defendants Frazier, Bowers, and Boyd. In addition, he has stated a failure-to-train claim against Defendant Herald. Service is now proper for the Defendants.

The Clerk of Court is directed to prepare summonses for Defendants Frazier, Bowers, Boyd, and Herald. The United States Marshal is directed to serve copies of the Complaint, with any attachments (#1), and summonses for these Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Craighead County Detention Center, 901 Willett Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED, this 29th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE