# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**VICTOR LAMAR EDWARDS,**                                                                                   **PLAINTIFF**

**V.**                           **CASE NO. 3:18-CV-227-BD**

**TODD FRAZIER,** *et al.*                                                                      **DEFENDANTS**

## ORDER

Defendants have moved for summary judgment on all claims in this case. (Docket entry #34) Mr. Edwards may file a response opposing the motion; but to be considered, the response must be filed within 14 days of this Order.

In opposing the motion for summary judgment, Mr. Edwards may attach affidavits that he or others have signed. Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the motion for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

If Mr. Edwards files a response, he must also file a separate, short statement setting forth the disputed facts that he believes must be decided at a trial. See Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas.

While Mr. Edwards is not required to respond to the Defendants' motion, if he does not respond, the Court may deem as true the facts set out in the Defendants' statement of undisputed facts (#35).

IT IS SO ORDERED, this 19th day of July, 2019.

/s/ Bradley Deere
UNITED STATES MAGISTRATE JUDGE