**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**VICTOR LAMAR EDWARDS,**                                                    **PLAINTIFF**
**ADC #500959**

**V.**                              **CASE NO. 3:18-CV-227-BD**

**TODD FRAZIER,** *et al.*                                                   **DEFENDANTS**


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case be DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 12th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE